Chris B. Sink, Plaintiff-Appellee, George W. Hansen, Counterdefendant-Appellee, v. Tabernacle Missionary Baptist Church, a Religious Corporation, Louis Rawls and Willa Rawls, His Wife, et al., Etc., Defendants-Counterplaintiffs-Appellants.

Gen. No. 47,594.

First District, Second Division.

June 30, 1959.

Rehearing denied July 28, 1959.

Released for publication July 28, 1959.

Daniel C. Ahern, Kevin J. Gillogly, for defendants, counter-plaintiffs-appellants; Paul B. Youle, for Chris B. Sink, plaintiff-appellee; Julian R. Hansen, for George W. Hansen, counter-defendant and appellee.
Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.